FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
09 SEP 28 PM 4:19
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

SIDAL, INC. d/b/a Rally's Hamburgers,

Defendant.

CIVIL ACTION NO.

2:09-cv-0314 WTL -WGH

COMPLAINT

JURY TRIAL DEMAND

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Jane Doe and other female employees who have been adversely affected by such practices. As alleged with greater particularity in paragraphs 1 through 10 below, the Commission alleges that Defendant allowed Doe and other female employees to be harassed because of their sex.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Southern District of Indiana, Terre Haute Division.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Sidal, Inc., an Indiana Corporation, has continuously been doing business in the State of Indiana and the City of Terre Haute and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jane Doe, a female employee of Sidal, Inc. d/b/a Rally's Hamburgers filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least March 2007, Defendant Employer has engaged in unlawful employment practices at its Terre Haute location, in continuing violation of Section 703 (a)(1) of Title VII, 42 U.S.C. § 2000e-(2)(a). The unlawful employment practices include:

a) subjecting Jane Doe and a class of similarly situated female employees to sexual harassment including sexual comments, sexual advances, sexual groping, and sexual assault;

b) constructively discharging Jane Doe because of harassment due to her

sex.

8. The effect of the practices complained of in paragraph seven above has been to deprive Jane Doe and a class of similarly situated individuals harassed due to their sex of equal employment opportunities, and otherwise adversely affect their status as employees because of their sex.

9. The unlawful employment practices complained of in paragraph seven above were intentional.

10. The unlawful employment practices complained of in paragraph seven above were done with malice and with reckless indifference to the federally protected rights of Jane Doe and a class of similarly situated individuals harassed due to their sex.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of sex.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for workers regardless of sex, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Jane Doe and a class of similarly situated individuals harassed because of their sex, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to the compensation for past and future pecuniary losses resulting from the unlawful employment

practices described in paragraph seven above, in amounts to be determined at trial.

D. Order Defendant Employer to make whole Jane Doe and a class of similarly situated individuals harassed because of their sex by providing compensation for past and future nonpecuniary losses resulting from the unlawful employment practices described in paragraph seven above, including emotional pain, suffering, loss of enjoyment of life, humiliation, embarrassment, and inconvenience, in amounts to be determined at trial.

E. Order Defendant Employer to pay Jane Doe and a class of similarly situated individuals harassed due to their sex punitive damages for its malicious and reckless conduct described in paragraph seven above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest..

G. Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

LAURIE A. YOUNG, #11480-49
Regional Attorney

AARIKA D. MACK-BROWN, #25006-49A
Trial Attorney,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
101 W. Ohio Street, Suite 1900

Indianapolis, IN 46204
(317) 226-5049
Fax: (317) 226-5571
aarika.mack-brown@eeoc.gov