IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Cause No.: 2:09-cv-0314-WTL-WGH ) |
| SIDAL, INC. d/b/a Rally's Hamburgers, | ) ) |
| Defendant. | ) |

## APPEARANCE

Comes now Jacob R. Fulcher of the law firm of Kahn, Dees, Donovan & Kahn, LLP, and enters his Appearance on behalf of the Defendant, Sidal, Inc. d/b/a Rally's Hamburgers, in the above cause.

      Respectfully submitted,

      KAHN, DEES, DONOVAN & KAHN, LLP


      BY:   s/ Jacob R. Fulcher
          Jacob R. Fulcher, #23421-82
          Attorneys for Defendant

KAHN, DEES, DONOVAN & KAHN, LLP
501 Main Street, Suite 305
Post Office Box 3646
Evansville, Indiana  47735-3646
Phone:  (812) 423-3183
Facsimile:  (812) 423-3841
e-mail:  jfulcher@kddk.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of September, 2009, a copy of the foregoing Appearance was filed electronically.  Notice of the electronic filing will be sent to the following parties by operation of the Court's electronic filing system:

Aarika D. Mack-Brown
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
aarika.mack-brown@eeoc.gov

        s/ Jacob R. Fulcher
        Jacob R. Fulcher

148464